# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60490

United States Court of Appeals
Fifth Circuit
**FILED**
January 25, 2016

Lyle W. Cayce
Clerk

MONDRIC BRADLEY,

Plaintiff-Appellant

v.

CHRISTOPHER B. EPPS; MALCOM MCMILLIAN; KAY WASHINGTON; ROBERT STERLIN,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:14-CV-13

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

On limited remand from this court, the district court granted Mondric Bradley's motion under Federal Rule of Civil Procedure 59(e) and reopened Bradley's 42 U.S.C. § 1983 action, which it had dismissed. Because the judgment of dismissal from which Bradley filed his notice of appeal is no longer in effect, the appeal does not present a live controversy and is moot. *See Rocky v. King*, 900 F.2d 864, 867 (5th Cir. 1990). Accordingly, the appeal is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60490

DISMISSED as MOOT, and Bradley's motion to proceed in forma pauperis is DENIED.